# ELECTRONIC RECORD

COA # 02-14-00184-CR          OFFENSE: 49.04

STYLE: Charles Jerome McClenty v. The State of Texas          COUNTY: Tarrant

COA DISPOSITION:     AFFIRM          TRIAL COURT: County Criminal Court No. 3

DATE: 03/26/15          Publish: NO     TC CASE #: 1312934

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Charles Jerome McClenty v. The State of Texas          CCA #: 467-15

___APPELLANT'S___ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_Refused_          JUDGE: _____

DATE: _Oct, 7, 2015_          SIGNED: _____     PC: _____

JUDGE: _PC_          PUBLISH: _____     DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD